01
02
03
04
05
06                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                      AT SEATTLE

08   UNITED STATES OF AMERICA,            )   CASE NO. CR07-027-RSM
                                          )
09           Plaintiff,                   )
                                          )
10           v.                           )
                                          )   DETENTION ORDER
11   BIANCA BOWLER,                       )
                                          )
12           Defendant.                   )
     _____ )
13

14   <u>Offense charged</u>:        Conspiracy to Commit Identity Theft and Bank Fraud; Aggravated Identity

15   Theft; Possession of Document Making Implements

16   <u>Date of Detention Hearing</u>:    February 12, 2007

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19   that no condition or combination of conditions which defendant can meet will reasonably assure

20   the appearance of defendant as required and the safety of other persons and the community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant and five co-defendants are charged by indictment with conspiring to use

DETENTION ORDER                                                                          15.13
18 U.S.C. § 3142(i)                                                                      Rev. 1/91
PAGE 1

identification documents of other persons to defraud certain financial institutions. The indictment describes the acts in furtherance of the conspiracy occurring between 2004 and December 2005.

    2.    Defendant has previously been under the supervision of the United States Probation Office for Misprision of a Felony. She was on supervised release during the time that some of the alleged conduct occurred that is the basis of the instant charges. During her supervised release, a number of violation reports were submitted for deviating from an approved pass at a halfway house, use of illegal controlled substances while at the halfway house, failure to report for drug testing, failing to report employment, termination from the halfway house, failure to report whereabouts to probation officer, and associating with persons engaged in criminal activity. The defendant's supervised release was terminated and she was sentenced to 12 months for supervised release violations. Her performance while on supervised release was described as "poor" by her probation officer.

    3.    Defendant has a prior conviction for attempted forgery. She has a history of substance abuse. She is a citizen of Germany with permanent residency status in the United States.

    4.    Defendant poses a risk of nonappearance due to a history of failing to comply with court orders, a history of noncompliance with Pretrial Services supervision and the conditions of supervised release, and her use of illegal substances. She poses a risk of danger due to criminal history, status on supervised release at the time the instant offense is alleged to have occurred, and history of illegal substance use.

    5.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

to other persons or the community.

It is therefore ORDERED:

 (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

 (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

 (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

 (4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of February, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge