UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-027-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| BIANCA BOWLER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:        Conspiracy to Commit Identity Theft and Bank Fraud; Aggravated Identity

Theft; Possession of Document Making Implements

Date of Detention Hearing:    February 12, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

that no condition or combination of conditions which defendant can meet will reasonably assure

the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant and five co-defendants are charged by indictment with conspiring to use

01  identification documents of other persons to defraud certain financial institutions. The indictment

02  describes the acts in furtherance of the conspiracy occurring between 2004 and December 2005.

03          2.      Defendant has previously been under the supervision of the United States Probation

04  Office for Misprision of a Felony. She was on supervised release during the time that some of the

05  alleged conduct occurred that is the basis of the instant charges. During her supervised release,

06  a number of violation reports were submitted for deviating from an approved pass at a halfway

07  house, use of illegal controlled substances while at the halfway house, failure to report for drug

08  testing, failing to report employment, termination from the halfway house, failure to report

09  whereabouts to probation officer, and associating with persons engaged in criminal activity. The

10  defendant's supervised release was terminated and she was sentenced to 12 months for supervised

11  release violations. Her performance while on supervised release was described as "poor" by her

12  probation officer.

13          3.      Defendant has a prior conviction for attempted forgery. She has a history of

14  substance abuse. She is a citizen of Germany with permanent residency status in the United

15  States.

16          4.      Defendant poses a risk of nonappearance due to a history of failing to comply with

17  court orders, a history of noncompliance with Pretrial Services supervision and the conditions of

18  supervised release, and her use of illegal substances. She poses a risk of danger due to criminal

19  history, status on supervised release at the time the instant offense is alleged to have occurred, and

20  history of illegal substance use.

21          5.      There does not appear to be any condition or combination of conditions that will

22  reasonably assure the defendant's appearance at future Court hearings while addressing the danger

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 2

01  to other persons or the community.

02  It is therefore ORDERED:

03      (1)    Defendant shall be detained pending trial and committed to the custody of the

04             Attorney General for confinement in a correction facility separate, to the extent

05             practicable, from persons awaiting or serving sentences or being held in custody

06             pending appeal;

07      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

08             counsel;

09      (3)    On order of a court of the United States or on request of an attorney for the

10             Government, the person in charge of the corrections facility in which defendant is

11             confined shall deliver the defendant to a United States Marshal for the purpose of

12             an appearance in connection with a court proceeding; and

13      (4)    The clerk shall direct copies of this Order to counsel for the United States, to

14             counsel for the defendant, to the United States Marshal, and to the United States

15             Pretrial Services Officer.

16  DATED this 12th day of February, 2007.

17

18                                          _____
                                            Mary Alice Theiler
                                            United States Magistrate Judge
19

20

21

22

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                    Rev. 1/91
PAGE 3